IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00318-WYD-MEH

JENNIE HAYES,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal with Prejudice (docket #17), filed September 25, 2008. After carefully reviewing the above-captioned case, I find that the stipulation should be approved pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice (docket #17), filed September 25, 2008, is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

    Dated: September 25, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge